IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR RENE ALVARADO,

      Petitioner,                      No. CIV S-06-2731 GEB EFB P

    vs.

R.K. WONG, Warden,

      Respondent.                   ORDER

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner challenges a conviction in the Stanislaus County Superior Court. The action arises out of Stanislaus County which is within the Fresno portion of this district under this court's intra-district venue rule. Accordingly, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

     It is hereby ORDERED that:

     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

     2. The Clerk of Court shall assign a new case number and that new number shall be used on all future filings.

////

////

Dockets.Justia.com

1      3. All future filings shall be filed at:

2          United States District Court
        Eastern District of California
3          2500 Tulare Street
        Fresno, CA 93721

4

5  Dated: December 11, 2006.

6

7                                          /s/ Edmund F. Brennan
                            EDMUND F. BRENNAN
8                              UNITED STATES MAGISTRATE JUDGE

2