IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR RENE ALVARADO,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**R. K. WONG,**<br><br>                                    Respondent. | 1:06-cv-01803-TAG (HC)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>**Doc #20)** |

   Respondent has requested a thirty day extension of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time of thirty days from the date of this order, in which to file his reply to Petitioner's opposition to motion to dismiss.

IT IS SO ORDERED.

Dated:   **May 16, 2008**                                                  /s/ Theresa A. Goldner
                                                                                    UNITED STATES MAGISTRATE JUDGE