IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RENE ALVARADO,<br><br>                              Petitioner,<br><br>         **v.**<br><br>R. K. WONG,<br><br>                              Respondent. | 1:06-cv-01803 TAG HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS<br><br>(Doc. 22 |

        Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 16, 2008, in which to file his reply to Petitioner's opposition to motion to dismiss.


IT IS SO ORDERED.

Dated:  __June 17, 2008__                                __/s/ Theresa A. Goldner__
_____                                                    UNITED STATES MAGISTRATE JUDGE